IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON SCOTT PETTY,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 23-CV-0264 |
| COMMONWEALTH OF<br>PENNSYLVANIA, *et al.*,<br>    Defendants. | :<br>:<br>:<br>: |

## ORDER

AND NOW, this 19th day of May, 2023, in light of *pro se* Plaintiff Jason Scott Petty's failure to pay the applicable $402 filing fee or to file a certified copy of his prisoner account statement showing all deposits, withdrawals, and a current balance, from any correctional facility in which he was confined during the period from July 20, 2022, to January 20, 2023 as directed by this Court's Order entered on April 4, 2023 (ECF No. 6), which (1) granted him fourteen (14) days to do so and (2) warned him that if he failed to comply with the Order that this case would be dismissed without prejudice for failure to prosecute,[1] it is **ORDERED** that:

1. Jason Scott Petty's case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

---

[1] The Court's April 4, 2023 Order granting Petty an additional fourteen (14) days to either pay the filing fee or to file the required prisoner account statement constituted Petty's second opportunity to do so. By Order dated January 25, 2023, Petty was previously directed to pay the filing fee or to file the required prisoner account statement within thirty (30) days. (*See* ECF No. 4).

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case for all purposes, including statistics.

CA 23-CV-264

BY THE COURT:

_____
GENE E.K. PRATTER, J.